

**NORRIS LAW GROUP, P.C.**

One Liberty Plaza
165 Broadway, 23rd Floor
New York, NY 10006
(646) 759-3643 (voice)

MATTHEW J. NORRIS*
mjnorris@norrislglaw.com

*ALSO ADMITTED IN: PA, NJ, NC, & CA

August 26, 2025

**Via ECF (filed as letter-motion)**
Hon. Ronnie Abrams, United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse, Room 1506
40 Foley Square
New York, NY 10007

      Re:    Kira J'Nae v. Tiger Mist (US) LLC
                Case No. 1:25-cv-05634-RA

Dear Judge Abrams:

      This firm is counsel of record for Tiger Mist (US) LLC, the defendant in the above-referenced matter.

      With the approval of counsel for Plaintiff and the consent of the Plaintiff and therefore all other parties, we respectfully request, pursuant to Rule 1.D. of Your Honor's Individual Rules & Practices in Civil Cases, a two-week extension/adjournment of the deadlines and dates set forth in the Court's July 9, 2025 Order and Notice of Initial Conference (ECF No. 5). Specifically, we respectfully request: (1) an extension of time from August 29, 2025 to September 12, 2025 for the parties to submit both a joint status letter setting forth the nature of the case and a proposed case management plan and scheduling order; and (2) an adjournment of the Initial Conference from September 5, 2025 at 2:00 p.m. to September 19, 2025 at any time, or to any date and time thereafter convenient for the Court.

      The parties have already timely met and conferred in accordance with Fed. R. Civ. P. 26 (f) and Your Honor's Individual Rules & Practices. The parties are assembling the needed materials to

Hon. Ronnie Abrams, United States District Judge                    August 26, 2025
Page 2 of 2

exchange initial disclosures, but the parties are also actively discussing resolution of this matter, and thus believe that the resources of the Court and the parties could be conserved through the two-week extensions and adjournment described and requested above. This will provide the parties sufficient time to discuss and possibly complete resolution, or otherwise move forward.

This is the first request for any adjournments or extensions of time in the case, and Plaintiff consents and has no objection to the requests above. The requested extensions and adjournment do not affect any other scheduled dates.

Thank you very much for your courtesies and consideration of this request.

        Respectfully Submitted,

        /s/ Matthew J. Norris (MN-9929)
        Matthew J. Norris

MJN/mn
cc:    All Counsel of Record (via ECF)

        Application granted. The September 5, 2025 conference is hereby adjourned to September 19, 2025 at 2:00 p.m. The parties' joint letter and proposed case management plan and scheduling order are due no later than September 12, 2025.

        SO ORDERED.

        Hon. Ronnie Abrams
        August 27, 2025